United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY DALE BARGER,

        Plaintiff,

      v.

DIRECTOR OF OPS OF CDCR,

        Defendant.

Case No. 14-cv-05468-WHO (PR)

**ORDER OF TRANSFER**

    In this federal civil rights action, plaintiff Gary Barger raises claims against the Director of the California Department of Corrections and Rehabilitation, whose office is located in Sacramento, California, which lies in the Eastern District of California. Accordingly, this federal civil rights action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred, and the defendant named resides, in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

    **IT IS SO ORDERED.**

**Dated:** January 9, 2015



WILLIAM H. ORRICK
United States District Judge